[No. 24281-8-II.   Division Two.   August 4, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. ARTEMUS RICKY HUBBARD, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04584-3, Grant L. Anderson, J., entered December 23, 1998. *Reversed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 45083-2-I.   Division One.   August 7, 2000.]

ARLEEN MAESSE, ET AL., *Appellants*, v. THE GOLDEN GATE, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 97-2-32219-7, Donald D. Haley, J., entered May 27, 1999. *Reversed* by unpublished per curiam opinion.

[No. 44753-0-I.   Division One.   August 7, 2000.]

LEANN CUDDEBACK, ET AL., *Appellants*, v. SUSAN FLANAGAN, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 97-2-22977-4, George A. Finkle, J., entered May 7, 1999. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid, C.J., and Grosse, J.

[No. 43590-6-I.   Division One.   August 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENDA ROCHELLE ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00933-9, Richard J. Thorpe, J., entered October 30, 1998. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Webster and Appelwick, JJ. Now published at 102 Wn. App. 405.